UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DIMEGLIO, on behalf of herself and all others similarly situated,

           Plaintiff,

-v-

HANNA'S CANDLE COMPANY,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 4086 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF No. 18), the telephone status conference scheduled for October 11, 2023 at 12:00 pm is CANCELLED.

Dated:    New York, New York
           October 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**